SYDNEY ROSENBLUM, TRUSTEE *v.* WILLIAM A.
BECKERMAN ET AL.

The plaintiff's motion to expedite the appeal from the Superior Court in Hartford County is denied.

*Lester Katz,* in support of the motion.

*Robert L. Coates,* in opposition.

Submitted December 7—decided December 20, 1972

WALTER MORGAN *v.* COMMISSIONER OF WELFARE OF
THE STATE OF CONNECTICUT

The defendant's petition for certification for appeal from the Appellate Division of the Court of Common Pleas is granted.

*Michael A. Arcari,* assistant attorney general, in support of the petition.

*Francis X. Dineen,* in opposition.

Submitted December 11—decided December 20, 1972

CLAIROL, INC. *v.* ZONING BOARD OF THE CITY OF
STAMFORD

It appearing that the parties in the above-entitled case have failed to perfect the appeal from the Court of Common Pleas in Fairfield County at Stamford, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

*Morgan P. Ames* and *Richard J. Tobin,* for the plaintiff.

*Theodore Godlin,* assistant corporation counsel, for the defendant.